**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| DEPARTMENT OF LABOR AND INDUSTRY, UNINSURED EMPLOYERS GUARANTY FUND | : | No. 124 EAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (LIN AND EASTERN TASTE) | : | |
| | : | |
| | : | |
| PETITION OF: FU XIANG LIN | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner is:


(1) Whether the Commonwealth Court's decision interpreting the language of the Construction Workplace Misclassification Act (CWMA) to mean that the CWMA only applies to circumstances where the putative employer's industry or business is construction was in error?